PROB 12C
(6/16)

Report Date: June 1, 2018

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark Person            Case Number: 0980 2:14CR00115-RMP-1

Address of Offender: ███████████, Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 22, 2015

Original Offense:        Mailing Threatening Communications, 18 U.S.C. § 876(c)

Original Sentence:       Prison 37 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Stephanie A. Van Marter      Date Supervision Commenced: July 28, 2017

Defense Attorney:        Federal Defender's Office    Date Supervision Expires: July 27, 2020

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On July 28, 2017, Mark Person signed his judgment for case number 2:14CR00115-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Person was made aware by his U.S. probation officer that he may not commit another Federal, state, or local crime.

Mark Person violated mandatory condition number 2 by committing assault 4th degree - domestic violence, in violation of the revised code of Washington 9A.36.041, on or about May 29, 2018.

According to Spokane Police report number 2018-20100760, on May 29, 2018, Spokane police responded to a report of a malicious mischief - domestic violence in progress. Upon arrival, the officer made contact with the victim. She stated Mr. Person was throwing rocks at the residence and broke a window. The offender had already left the scene prior to officer's arrival.

Prob12C
**Re: Person, Mark**
**June 1, 2018**
**Page 2**

    The victim stated she had been in a dating relationship with Mr. Person on and off since August 2017. She stated Mr. Person sent her a text message directing her to return home. When she got home, he was not there. The victim attempted to call Mr. Person. At that time, he jumped in her car and told her to drive. Mr. Person got angry at the victim and began to punch her at least ten times hard on her right arm and in her stomach area. Mr. Person then grabbed her and put his hands over her mouth, grabbed her neck, and tried to strangle her. He then let go and told her to drive. She again pulled over and Mr. Person got out of the car.

    The officer observed a very large bruise on the inside of the victim's right arm that extended from the elbow to the armpit area.

2    **Special Condition # 22**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

    **Supporting Evidence**: On July 28, 2017, Mark Person signed his judgment for case number 2:14CR00115-RMP-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Person was made aware by his U.S. probation officer that he must participate in inpatient substance abuse treatment as recommended by the provider.

    Mr. Person was directed to report to Spokane Substance Abuse Recovery Center (SPARC) on Tuesday, May 29, 2018, for his admittance into intensive inpatient treatment. Mr. Person failed to report as directed for his intake appointment. Numerous calls by both the treatment provider and the undersigned officer have gone unreturned. As of the date of this petition, Mr. Person has failed to report for treatment and failed to return any calls by the undersigned officer.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    6/1/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
**Re: Person, Mark**
**June 1, 2018**
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

6/1/2018

Date