PROB 12C
(6/16)

Report Date: June 29, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2020

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark Allen Person            Case Number: 0980 2:14CR00115-WFN-1

Address of Offender:                Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervision Judicial Officer: The Honorable Wm. Fremming Nielsen Senior U.S. District Judge

Date of Original Sentence: October 22, 2015

| | |
|---|---|
| Original Offense: | Mailing Threatening Communications, 18 U.S.C. § 876© |
| Original Sentence: | Prison - 37 months;  TSR - 36 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Revocation Sentence: (11/16/18) | Prison - 8 months  TSR - 28 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| Defense Attorney: | Roger Peven |

Date Supervision Commenced: February 8, 2019

Date Supervision Expires: February 7, 2024

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/29/2019; 3/12/2020; and 4/16/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

      9    **Mandatory Condition #1**: You must not commit another federal, state, or local crime.

             **Supporting Evidence**:  Mark Person violated the terms of his supervised release by being arrested on or about June 27, 2020, for harassment-threats to kill.

             On April 3, 2019, Mark Person signed his judgment for case number 2:14CR00115-RMP-1 during his initial intake, indicating he understood all conditions ordered by the Court, to include mandatory condition number 2, as noted above.

             On June 27, 2020, Mr. Person was arrested at the Northern Quest Resort and Casino and booked into Spokane County Jail. He was charged with harassment-threats to kill. As a result of this incident, a no-contact order was filed protecting the victim from Mr. Person.

Prob12C
**Re: Person, Mark Allen**
**June 29, 2020**
**Page 2**

| | |
|---|---|
| 10 | **Special Condition Imposed on April 29, 2020**: Mr. Person shall remain at the RRC for a period of up to 180 days |

**Supporting Evidence:** Mr. Person violated the terms of his supervised release by deviating while out on a pass from the RRC on or about June 27, 2020.

On April 3, 2019, Mark Person signed his judgment for case number 2:14CR00115-RMP-1 during his initial intake, indicating he understood all conditions ordered by the Court.

Mr. Person entered STEP in January 2020. On April 29, 2020, Mr. Person was sanctioned to remain at an RRC facility for up to 180 days.

Mr. Person violated the terms of his supervised release by going to the Northern Quest Resort and Casino instead of returning to the RRC after leaving his place of employment. On June 27, 2020, Mr. Person was on an approved pass from the RRC to be at his place of employment. It was reported that Mr. Person had someone call the RRC requesting he be allowed to remain at work for several more hours; however, when the RRC staff called the employer, it was discovered he had already left the job for the day. He was later arrested at the Northern Quest Resort and Casino, as noted in violation number 9.

Mr. Person was ultimately terminated from the RRC.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 29, 2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Person, Mark Allen**
**June 29, 2020**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____6/29/2020_____
Date